IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**RECEIVED**

JUL 15 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Timothy Fortson pro se
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 332-587

vs.

1:22CV410
JUDGE COLE

MAGISTRATE JUDGE VASCURA

Charles Henness (Lt) Lieutenant
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

C/O J. Capella          C/O B. Starkey
C/O C. Anderson      C/O K. Dunn
C/O J. Knick            CNP N. Arentz
C/O B. Mann           C/O J. James

COMPLAINT (PART I)

I.  PARTIES TO E ACTION:

   PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   Timothy Fortson
   NAME - FULL NAME PLEASE - PRINT

   P.O. Box 120, State Route 63
   ADDRESS: STREET, CITY, STATE AND ZIP CODE

   Lebanon, OH 45036

   513-932-3388
   TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✔)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

       PLAINTIFFS:

       _____

       _____

       _____

       DEFENDANTS:

       _____

       _____

       _____

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

       _____

    3. DOCKET NUMBER

       _____

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

       _____

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

       _____

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

       _____

    7. APPROXIMATE DATE OF THE DISPOSITION

       _____

PLACE OF PRESENT CONFINEMENT

WARREN Correctional Institution

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

Informal Complaint, Notification of Grievance and Appeal to the Chief Inspector.

2. WHAT WAS THE RESULT?

Decision of the Institution Inspector was Affirmed by Chief Inspector. Denied: on 9-11-20 and 5-11-22

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (✓) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I Informed Mental Health Social Work of Both Incident.

2. WHAT WAS THE RESULT?

My Case manager informed me he would put this in my file. Mr Harrison

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Charles Henness (Lt) Lieutenant
   NAMES - FULL NAME PLEASE
   P.O. Box 120 State Route 63 Lebanon, OH 45036
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. C/o J Capella
   P.O. Box 120 State Route 63 Lebanon, OH 45036

3. C/o C. Anderson
   P.O. Box 120 State Route 63 Lebanon, OH 45036

4. J. Knick
   P.O. Box 120 State Route 63 Lebanon, OH 45036

5. B. Mann
   P.O. Box 120 State Route 63 Lebanon, OH 45036

6. C/o K. Dunn
   P.O. Box 120 State Route 63 Lebanon, OH 45036

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7. C/o B. Starkey
   P.O. Box 120 State Route 63 Lebanon, OH 45036

8. CNP. N. Arentz
   P.O. Box 120 State Route 63 Lebanon OH 45036

9. C/o J. James
   P.O. Box 120 State Route 63 Lebanon Ohio 45036

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

Timothy Fortson pro se
    Plaintiff

v.

Charles Henness
    Defendant ect

Complaint

Civil Action

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C; 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United states. The court has jurisdiction under 28 USC; 1331 and 1343(A)(3)

2. The Southern District of Ohio is an appropriate venue under 28 U.S.C 1391(b)(2) because it is where the event gives rise to this claim occured.

## II. Plaintiff

3. Plaintiff Timothy Fortson is and was at all times mentioned herein a prisoner of the state of Ohio in the custody of the Ohio department of rehabiltation

1

and Corrections (herein After O.D.R.C) Currently In Warren correctional facility in Lebanon Ohio (WCI).

## III Defendants

4. Charles Henness was a c/o, now a Lieutenant (Lt)

5. c/o J. Capella     defendant

6. c/o C. Anderson     defendant

7. c/o J. Knick     defendant

8. c/o B. Mann     defendant

9. c/o K Dunn     defendant

10. c/o B Starkey     defendant

11. c/o J James     defendant

12 CNP N Arentz     defendant

13. Each defendant is being sued Individually and in his/her official capacity. At all times mentioned in this complaint, each defendant Acted under the color of state law.

14. This complaint alleges Excessive use of force, Deliberate Indifference, Conspirital Acts and/or Institutional Misconduct and Violated Plaintiff's rights and Constituted cruel and unusual punishment under the Eight Amendment of the United States Constitution.

IV Exhaustion of Legal Remedies

15. Plaintiff, Timothy Fortson 332-587 used the prisoner grievance procedure available at Warren Correctional Institution to try and solve the problem on 8-12-20 and on 4-20-22 and both complaints and grievance's were Denied. I Appealed the denial of my grievance to the Chief Inspector on 9-11-20 and 5-11-22 and they were both Afirmed.

3.

## V Facts

16. On 8-12-20 around the time of 5:15pm to 5:25pm Plaintiff Fortson was being transported to medical on the medical cart from block 2A.

17. C/O Henness was one of the C/O's that responed to my medical emergency, he sat on the seat of the medical cart next to me on my right hand side.

18. In what I can only call an unprovoked attack C/O Henness reached under my right shoulder with both hands and penned me against the inside of the cart to were I could only breath exhaust fumes though my mask.

19. Thats when I hit my head on the side of the medical cart, My head was then hanging over the side of the cart while moving across the compound going to medical.

20. I tryed to right myself by laying back on the med cart but was held inplace by C/O Henness. He didn't stop untell the cart stoped at medical and other C/O's arrived.

4.

21. I was taken into medical, I was still dizzy from the carbon monoxide fumes but I knew what happen, I informed Lieutenant (Lt) Sandridge that C/O Henness tryed to kill me.

22. Sometime later around the time of 8:50pm C/O Henness came to do my pack-up for segregation trying to intimidate me, not to tell what happen.

23. Upon Information and belief, Video footage from property room and Video from yard camara's will show this tragic event, on this date.

24. C/O Henness finished my pack-up and though away some of my photo's and property. See exhibit A

25. I informed my mental health social worker of this event's, Mr. Harrison. He said he will put this event in my file.

5.

26. In addition to the first event, This is an ongoing issue with this c/o, Now a Lieutenant Inwhich I now fear for my mental health and my Life.

27. On 4-20-22 Plaintiff Fortson called for a medical emergency around the time of 7:45pm to 8:00pm while housed in blk-2A.

28. I had falling out my bed and hit my head, I was bleeding, dizzy and in need of medical help. See exhibit B

29. c/o Henness, now a Lieutenant (Lt) responded to my emergency on 4-20-22.

30. (Lt) Henness told the other c/o to handcuff me. I was then walked out of blk-2A to the medical cart, still dizzy from my head wound, to which was completely ignored.

6.

31. With my hands cuffed behinde my back, I steped onto the medical cart and was tossed onto the gurney like a rag doll by c/o J. Capella and a unknow c/o.

32. I landed on my back and my handcuffed hands and yelled out in pain as the handcuffs locked on my wrist causen me to stifen my legs.

33. I was then shackeled at the order of (Lt) Henness, Taken to medical were I was taken off the med cart but still in the medical gurney.

34. I was taken past the treatment room to the back of medical were (Lt) Henness and other c/o's were waiting for me.

35. (Lt) Henness and these c/o's began to smash and grinde my body into the gurney while I was cuffed and shackeled, tearing my skin on my wrist and shin, leaving teethmarks and a hole in my shin from the shackels.

7.

36. There were multiple c/o's that assaulted me while I was handcuffed and shackeled, It is a fact that I don't know these c/o's personally, I can't put names to faces.

37. I do know that Lieutenant Henness was one of them and was giving orders to the other c/o's.

38. I reported this assault to mental health Dr. Harrison the next day and I was placed on watch.

39. Photo's were taken of my injuries and the nursing staff documented them (8) eight days afther the Incident on 4-28-22

40. Upon Information and belief Body cam footage will show me being brought into medical with no injuries to my legs and Afther the encounter with (Lt) Henness and multiple c/o's Injuries appear.

8.

41. All The C/o's And Lieutenants had on body camara's At The time.

## VI Legal Claim.

42. Plaintiff Fortson, pro se realleges And incorporates by references paragraphs 16-41

43. C/o Henness, Defendant used excessive force against Plaintiff Fortson by pinning Fortson against the inside of the med cart, striking my head against the med cart and hanging Fortson over the side of the med cart while being transported to medical. Causing severe pain and suffering and mental anguish

44. C/o J. Capella defendant, used excessive force against Plaintiff Fortson by pushing my body onto the medical gurney. I fell back on my handcuffs and they locked onto my wrist Causing sever pain, And my back. Defendant exhibited Deliberate Indiffence to Plaintiff Serious medical need, Causing severe pain and suffering and mental Anguish; Constituted cruel and unusual punishment under the eighth Amendment of the U.S.C

9.

45. C/O, now a Lieutenant Henness, defendant used excessive force and exhibited Deliberate Indifference against Plantiff Fortson by using shackels as a weapon to tear the flesh from my shin leaving a hole and teethmarks from the shackels on my shin. (Lt) Henness deliberate Indifference to Plaintiff Fortson serious medical need Violated Fortson rights and constituted cruel and unusual punishment under the eighth Amendment of the U.S.C. Causing severe pain and suffering and mental anguish.

46. Defendants C/O C. Anderson, C/O J. Knick, C/O B. Mann, C/O K Dunn, C/O B Starkey, C/O J. James and C.N.P N Arentz Deliberate Indifference to Plaintiff Fortson serious medical need and Violated Fortson's rights by not reporting excessive beharior by co-workers for conspirital act and/or Institutional Misconduct with other defendants to cover-up the assault on Plaintiff Fortson, Violated Plaintiff rights and constituted cruel and unusual punishment under the eighth Amendment of the U.S.C.

10.

## VII Prayer for Relief:

47. WHEREFORE, Plaintiff Fortson respectfully pray that this court enter judgment.

48. Granting Plaintiff Fortson compensatory damages in the amount of $100,000 against each defendant jointly and severally.

49. Granting Plaintiff Fortson punitive dameges in the amount of $100,000 against each defendant, jointly and severally.

50. Granting Plaintiff Fortson a declaration that the acts and omissions described herein violated his rights under the constitution and Laws of the United States

51. Plaintiff Fortson also seeks recovery of all costs in this suit, and any additional relief this court deem just, proper and equitable.

Respectfully Submitted

*Timothy Fortsow* pro se

Timothy Fortson 932-587

11.

# VERIFICATION

I have written and read the foregoing complaint and hereby verify that the matter alleged therein are true, except as to matters alleged on information and belief and as to those, I believe them to be true.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully,
Timothy Fortson pro se
Timothy Fortson 332-587

12.

EXHIBIT A — no number on Matt / Locker N / B27

# Inmate Property Record - Disposition and Receipt MALE

| Institution: WCI | Date: 8-12-20 | Time: 2050 | Vault Location: 5 | Amount of Boxes: 1 | ☐ Locked ☒ UnLocked |
|---|---|---|---|---|---|
| Name: Fortson | | Number: 332-587 | Inmate present during pack-up? | ☒ Yes ☐ No | |

Reason for Pack-up: ☒ TPU ☐ AWL ☐ INF. ☐ Other ___ ☐ Transfer: ___

Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.
**CODES:** Reasonable Amount - RA   Special Permission - SP   Grandfathered Items - GF

| Titled Items | LMT | AMT | | | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | Cards/Board games | 3 | | Athletic Supporter | 2 | | Brushes ___ Combs 1 | RA | |
| Compact Disc Player (make): | 1 | | Stamped Envelopes: | 25 | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Tablets (legal pads): | RA | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Typewriter Ribbon | 6 | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | **State Issue** | | AMT | Handkerchief: | 12 | | Conditioner: | RA | |
| TV with Remote(make): | 1 | | Belt: | | | Hat/Baseball: Blue | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Blanket: | | | Hat Stocking: Blue | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Boots: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Coat: | | | Tops ___ Bottoms ___ | | | Lotion: | RA | |
| JP4 Player | 1 | | Commissary Bag: | | | Pants/Sweats: Blue | 2 | 1 | Magic Shave: | RA | |
| JP5 Player ✓ 711 | 1 | | Gloves: | | | Raincoat | 1 | | Mirror | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Hat: | | | Robe (color): | 1 | | Mugs/Glasses | 2 | |
| | | | Hooded Sweatshirt: | | 2 | Shirts/Sweat: Blue | 2 | 1 | Nail Clippers: | RA | |
| Plug & Play Device | 1 | | Jacket: | | | Shirts/T 2 Blue | 6 | 4 | Razor (type): | RA | |
| Digital TV Converter Box | 1 | | Kitchen/Dining Whites: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| Coaxial Cable (6' max) | 1 | | Laundry Bag: | | | Shoes/Gym Nike | 1 | | Shaver/Trimmer | RA | |
| Fan | 1 | | Pants: | | | High ___ Low ✗ | | | Soap Bars: | 8 | |
| Lamp | 1 | | Pillow Cases: | | | Brand ___ Color Black | | | Soap Dish: | 2 | |
| Power Strip | 1 | | Sheets: | | | Shoes/House: | 1 | | Shampoo: | 2 | 1 |
| **Non-Titled Valuables** | LMT | AMT | Shirts: | | | Shoes/Shower: Nike | 1 | | Shaving Cream: | RA | |
| Contact Lenses: | SP | | Shoes: | | | Shoes/Sport | 1 | | Toothbrush: | 2 | |
| Glasses: Reading | 2 | | Socks: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | 1 |
| Sun | SP | 1 | Thermals - Tops | | | Shorts/Gym: Blue | 3 | 1 | Wallet: (color) | GF | AMT |
| Case? Yes ☐ No ☐ | | | Bottoms | | | Socks: | 7 | 1 | **Food Items** | LMT | |
| Medical ID Bracelet | SP | | Towels: | | | Sweaters: | GF | | Beverage (type): HP Box | RA | 2 Blue |
| Ring/Wedding: | 1 | | Washcloth: | | | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Watch (make): | 1 | | Other: | | | Thermal - Top white | 3 | 1 | Candy: Bags | 2 | |
| **Stationary Items** | LMT | | **Religious Items** | LMT | AMT | Towels: Blue | 5 | 1 | Boxes | 2 | |
| Art Supplies: | RA | | Chain w/Medallion | 1 | | Undershirts | 7 | | Bars | 24 | |
| Address Book | 1 | | Dashiki (White) | 1 | | Undershorts | 7 | 2 | Chips: oz. | 72 | 1 Big |
| Books: | RA | RA | Prayer Robe | 1 | | Washcloths (color): | 5 | | Cookies: pkgs. | 4 | 2 |
| Letters: ___ Papers: ___ | RA | RA | Prayer Rug | 1 | | Other: | | | Coffee: oz. | 24 | |
| Pencils: | RA | RA | Religious Beads | RA | | Style Popcorn 2 | | | Crackers: pkgs. | 4 | 2 |
| Pens: | RA | RA | Religious Book | 1 | | Laundry Soap 1 | | | Cubed Sugar: bxs. | 2 | |
| Photo Album: | RA | RA | Religious Headgear | 2 | | Vitamins 3 | | | Peanut Butter: lbs. | 3 | |
| Assorted Pictures: | RA | RA | Islam Prayer Beads | 1 | | Hot Sauce | | | Seafood: pkgs. | 10 | |
| | | | Islam Prayer Rug | 1 | | Seasoning | | | Ramen: | RA | |
| | | | Japa Mala Beads | 1 | | Knee Sleeve 1 | | | Rice: | 5 | |
| ~~Contraband:~~ 2 Sport Shirts 1 Blue 1 Green | | | | | | Wave Cap RA | | | Beans: | 5 | |
| GRTablet ✓ 1 Playing Cards 1 Comb | | | | | | Nail Clippers 1 | | | Cheese: | 5 | |
| 1 Roll of Floss | | | | | | | | | | | |

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: C. Hennessi | Date: 8-12-20 |
|---|---|

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: Fortson | Number: 332-587 | Date: 8-12-20 |
|---|---|---|

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution:

| Inmate Signature: Fortson | Number: 37758 | Date: 8-25-20 | Vault Officer's Signature: Kimber | Date: 8-25-20 |
|---|---|---|---|---|

DPC2053 (Rev. 02/19) DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster     ACA 4279, 4280, 4281, 4177

☐ Mark the form as confidential

# INCIDENT REPORT

Report Date (will be set when report is signed): 4/20/2022

| Work Location: | | Location of Incident: |
|---|---|---|
| Warren Correctional Institution | | 2A |
| Name of Reporting Staff: | Title: | INCIDENT DATE: |
| Dae'Shaun Chambers | Corrections Officer | Apr 20, 2022 |
| Involves: | | INCIDENT TIME: |
| Forston(3325870) | | 7:45 PM |

**Check Item Indication Subject Of This Report:**

- ☐ Employee Action
- ☐ Facility Maintenance
- ☒ Medical
- ☐ Recommendations
- ☐ Inmate/Offender Affairs
- ☐ Security
- ☐ Victim Issue
- ☐ Crisis Intervention Team (CIT)
- ☐ Use of Force
- ☐ Workplace Violence
- ☐ Equipment Issue
- ☐ Other: _____

**Description of Incident:**
On the above date and time at approximately 7:45 PM. I, Officer Chambers was informed by an inmate that their was a emergency in cell ▇. I called for my partner and we both responded. Once arriving I notice Inmate Forston had blood coming from his head. After opening the cell Forston was not responding and was off balance, and blinking excessively. After evaluating the situation, I called a medical emergency. The Inmate was placed in hand restraints and safely escorted to medical to be evaluated.

exhibit B

| Signature of Reporting Staff Member: Dae'Shaun CHAMBERS | *D Chambers* | Date: 4/20/2022 |
|---|---|---|

**Action Taken:**
Shift Commander notified, escorted to medical, UOF occurred outside the unit, Officer Adams did not witness the force, a packet was submitted. Checked by medical and placed on medical evaluation.
Lt. C. Henness

| Signature of Managing Officer: | W.J. Mitchell | Date: 4-21-22 |
|---|---|---|

Distribution: **ALL COPIES TO MANAGING OFFICER** who will check appropriate distribution list below and distribute the copies.

- ☐ Operations
- ☐ Administration
- ☐ Special Services
- ☐ Department Head
- ☐ Investigator
- ☐ EEO
- ☐ Personnel Officer
- ☐ Administrative Assistant
- ☐ Record Officer
- ☐ Medical
- ☐ Health & Safety
- ☐ Office of Victim Services

DRC1000 E (Rev. 10/19)  Page 1 of 1